# United States Court of Appeals

## For the Eighth Circuit

———————————————————

No. 19-1126

———————————————————

Douglas T. Brown

*Plaintiff - Appellant*

v.

Dr. Todd Richards, Medical Director; S. Moeller, MO DOC Administrator; T. Bredeman, MO DOC Director of Operations and Regional Associate Medical Director; Sherie Korneman, Warden

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

——————————

Submitted: February 28, 2020
Filed: March 4, 2020
[Unpublished]

——————————

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Missouri inmate Douglas T. Brown appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Construing the record in a light most favorable to Brown, and drawing all reasonable inferences in his favor, see Sisney v. Kaemingk, 886 F.3d 692, 697 (8th Cir. 2018) (de novo review), we agree with the district court that defendants were entitled to summary judgment on his claims of deliberate indifference to his serious medical needs, see Allard v. Baldwin, 779 F.3d 768, 771-72 (8th Cir. 2015) (to prevail on deliberate indifference claim, inmate must show more than even gross negligence, and demonstrate a mental state similar to criminal recklessness:  disregard of known risk to inmate's health). As to the other orders Brown challenges, they provide no basis for reversal. The judgment is affirmed, see 8th Cir. R. 47B; and Brown's pending motion for reconsideration is denied.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.